# Thomas M. McCarthy

Attorney at Law
100 Lexington Court
Red Bank, NJ 07701
(732) 754-0149
Fax (866) 648-6190

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 7/6/2021

Hon. Vincent J Broderick, Judge United States District Court
U.S. District Courthouse – Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Michael T. McCarthy v National Railroad Passenger Corporation (Amtrak)
      SDNY docket no. 1:21-00955-VJB

Your Honor:

I am the plaintiff's counsel and am writing with the consent of the defendant's counsel, Sophia Ree, Esq., to request an extension of the July 7th Initial Conference. New counsel for the plaintiff is being substituted. I am having health problems, and we are requesting that the Conference be adjourned until August 11, 2021 – to effect a stress-free transition.

Thank you for your kind attention.

Respectfully submitted,

___^_____
Thomas M. McCarthy [TM5003] attorney for the plaintiff

cc   Sophia Ree, Esq., attorney for defendant, National Railroad Passenger Corporation (Amtrak)