# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| SOPHIA REE<br>MEMBER<br>TEL: (212) 393-7923<br>EMAIL: sree@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>22nd Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

August 2, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J. 8/4/2021

Any new attorney for Plaintiff must enter a notice of appearance in this case. Otherwise, Plaintiff may proceed pro se. Plaintiff is directed to provide his contact information on the docket. Defendant is directed to mail a copy of this Order to Plaintiff and then file proof of service on the docket.

*Via ECF*

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Michael T. McCarthy v. National Railroad Passenger Corp.*
    Case No. 21-00955-VSB

Dear Hon. Broderick:

We represent Defendant National Railroad Passenger Corporation ("Amtrak") in the above referenced matter.

We have been advised that Plaintiff's counsel has passed away. In a letter dated July 2, 2021, Plaintiff's counsel requested the Court adjourn the July 7, 2021 Initial Conference until August 11, 2021 because Plaintiff's counsel was experiencing health problems and attempting to substitute and transfer this case to new counsel. *See* ECF Docket no. 17. In light of the current circumstances, Defendant respectfully requests a further adjournment until September 30, 2021 to allow Defendant an opportunity to speak with Plaintiff and/or his new counsel about this matter.

Thank you for your consideration. Should the Court require additional information, please contact the undersigned.

Respectfully submitted,

/s/ Sophia Ree

Sophia Ree

4812-6110-0276v.1